1056

[No. 74940-4-I. Division One. January 30, 2017.]

*In the Matter of the Marriage of* VIRGINIA BERRY, *Appellant*, and DAVID BERRY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-3-00597-1, George N. Bowden, J., entered February 25, 2016. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 76017-3-I. Division One. January 30, 2017.]

NORTH QUINAULT PROPERTIES, LLC, ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-2-01809-1, Anne Hirsch, J., entered March 4, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 76030-1-I. Division One. January 30, 2017.]

JOHN R. TONEY, *Appellant*, v. LEWIS COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-2-00500-4, Michael H. Evans, J., entered July 16, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Becker and Appelwick, JJ.

[No. 47624-0-II. Division Two. January 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN T. LEVERETTE BAGLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02793-5, Garold E. Johnson, J., entered May 22, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Johanson, J.